# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 24-145 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| EDDIE DAVID HOLDBY, | |
| Defendant, | |

_____

Andrew S. Dunne, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota, 55415, for plaintiff.

Wyatt Arneson, **ARNESON LAW OFFICE,** 400 South 4th Street, Suite 1025, Minneapolis, Minnesota, 55415, for defendant.

_____

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress, [Docket No. 15] is **DENIED.**

Dated: January 14, 2025  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge